**Carlos A. TERRIQUES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3198.

United States Court of Appeals, Federal Circuit.

July 13, 2006.

Carlos A. Terriques, pro se.

## ORDER

Carlos A. Terriques having not responded to this court's May 31, 2006 order concerning whether he had dismissed his petition for review that was simultaneously filed at the Merit Systems Protection Board,

IT IS ORDERED THAT:

(1) This petition for review is dismissed.

(2) Each side shall bear its own costs.